## Leonidas C. Kylavos, Appellant, v. Tom Polichrones and Floyd Limbos, Trading as Champlain Restaurant and Tap Room, et al., Appellees.

Gen. No. 42,122.

Heard in second division, first district, this court at February term,

1942; opinion filed November 17, 1942; rehearing denied December 8, 1942. Alfred M. Loeser and Peter S. Sarelas, for appellant; Leonard W. Koplin, of counsel; Ross, Berchem & Schwantes, for appellees. Opinion by JUSTICE FRIEND. ''Not to be published in full.''